[No. 46824-7-II.   Division Two.   July 7, 2015.]

*In the Matter of the Marriage of* LA SHANDRE NICHELE BENT, *Respondent,* and MICHAEL ST. GEORGE BENT, *Appellant.*

*Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Worswick, J.

[No. 31940-7-III.   Division Three.   July 7, 2015.]

THE STATE OF WASHINGTON, *Respondent,* v. GRANT WAYNE SCANTLING, *Appellant.*

*Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Lawrence-Berrey, JJ.

[No. 32119-3-III.   Division Three.   July 7, 2015.]

SETH BURRILL PRODUCTIONS, INC., *Respondent,* v. REBEL CREEK TACKLE, INC., *Appellant.*

*Affirmed* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Lawrence-Berrey, J.

[Nos. 32124-0-III; 32125-8-III.   Division Three.   July 7, 2015.]

THE STATE OF WASHINGTON, *Respondent,* v. JUAN JOSE SERRANO BERRIOS, *Appellant.*

*Affirmed in part* and *remanded with instructions* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Korsmo, J.